01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 DONALD ELLENBERGER, ) CASE NO. C06-1310-MAT
 )
09 Plaintiff, )
 )
10 v. ) ORDER GRANTING PLAINTIFF'S
 ) APPLICATION TO PROCEED *IN*
11 JO ANNE B. BARNHART, Commissioner ) *FORMA PAUPERIS* AND DIRECTING
 of Social Security ) RETURN OF SUMMONS
12 )
 Defendant. )
13 _____ )

14 Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does

15 not appear to have funds available to afford the $350.00 filing fee.

16 (1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue

17 summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate

18 parties. **Plaintiff shall note that it is his and his attorney's responsibility to properly serve**

19 **copies of the complaint along with appropriate summonses as required by Rule 4 of the**

20 **Federal Rules of Civil Procedure.**

21 / / /

22 / / /

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -1

(2) The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 14th day of September, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -2